NUMBER 13-00-701-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________ 


ARMANDO CHARLES BERNAL , Appellant, 


v.

THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 

On appeal from the 156th District Court 

of Live Oak County, Texas.

___________________________________________________________________ 

O P I N I O N

 Before Chief Justice Seerden and Justices Dorsey and Rodriguez

Opinion Per Curiam


Appellant, ARMANDO CHARLES BERNAL , perfected an appeal from a judgment entered by the 156th District Court of
Live Oak County, Texas, in cause number L-99-0089-CR-B . Appellant has filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a). 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 28th day of December, 2000 .